UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DR. ROGER RAMSAMMY,

                Plaintiff,

v.

HUDSON VALLEY COMMUNITY COLLEGE, BOARD OF TRUSTEES OF HUDSON VALLEY COMMUNITY COLLEGE, and NEIL J. KELLEHER, Chair of the Board of Trustees of Hudson Valley Community College, in his individual and official capacities,

                Defendants.

**NOTICE OF MOTION**

Civil Action No. 1:25-cv-1328 (AMN/PJE)

---

    PLEASE TAKE NOTICE that Defendants, Hudson Valley Community College, Board of Trustees of Hudson Valley Community College, and Neil J. Kelleher, hereby move this Court, Hon. Anne M. Nardacci, United States District Judge, U.S. Courthouse, James T. Foley, 445 Broadway, Albany, New York 12207, for an Order partially dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Defendants' motion is supported by the accompanying Memorandum of Law, dated November 20, 2025.

    Pursuant to N.D.N.Y. Local Rule 7.1(a)(1), Plaintiff shall have 21 days after service of the motion to file and serve opposition. Defendants intend to file and serve papers in reply.

Dated: November 24, 2025

                                                                              BOND, SCHOENECK & KING, PLLC

                                                                              By: _/s/ Robert F. Manfredo_____
                                                                                Robert F. Manfredo, Esq.
                                                                                Bar Roll No. 515487
                                                                                Kristina Wieneke, Esq.
                                                                                Bar Roll No. 705763
                                                           *Attorneys for Defendants*
                                                           22 Corporate Woods Blvd., Suite 501
                                                           Albany, New York  12211
                                                           Telephone: (518) 533-3000

To:    All Counsel of Record (via ECF)

22637703.v1-11/24/25