# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

January 8, 2025

**Via ECF**

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

   Re: *Ramsammy v. Hudson Valley Community College, et al.,* **1:25-cv-01328**

Judge Nardacci:

   I write, with the consent of opposing counsel, to request an extension of the deadline for Plaintiff to respond to Defendants' motion to dismiss. The parties have conferred and respectfully request that the deadline to respond to the motion be extended from January 14, 2026 until January 30, 2026 and that the deadline for Defendants to reply be extended from January 28, 2026 to February 13, 2025. This is the second extension request. No additional extension requests are anticipated.

   Please do not hesitate to contact me should you have any questions or concerns.

                        Respectfully submitted,

                        **CAPEZZA HILL, LLP**

           By:   _____
                          Benjamin W. Hill

30 South Pearl Street | Suite P-110 | Albany, New York 12207
518-478-6065 | ben@capezzahill.com