# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

January 29, 2026

<u>**Via ECF**</u>

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

Re: *Ramsammy v. Hudson Valley Community College, et al.,* **1:25-cv-01328**

Judge Nardacci:

With Defendants' consent, Plaintiff requests permission to file an Amended Complaint in the above-referenced matter. The proposed Amended Complaint (attached hereto) significantly reduces the causes of action brought and discontinues all claims against Defendant Kelleher. Should the Court accept the filing of the Amended Complaint, Defendants agree to withdraw their pending partial Motion to Dismiss (Dkt. No. 12), but have requested thirty (30) days to answer or move to dismiss the Amended Complaint. Plaintiff does not oppose Defendants' request.

As such, it is respectfully requested that the Court accept the filing of the Amended Complaint, terminate all deadlines on the pending Motion to Dismiss as moot, and allow Defendants thirty (30) days to respond to the Amended Complaint.

Please do not hesitate to contact me should you have any questions or concerns.

Respectfully submitted,

**CAPEZZA HILL, LLP**

By: _____
     Benjamin W. Hill